IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: **RAFAEL MARTINEZ FUENTES** **LUZ ESTRELLA CORTES TORRES** Debtor(s) | CASE NO: 15-06252-ESL Chapter 13 |
|---|---|

- AMENDED -

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$505.00**    Outstanding (Through the Plan): **$2,495.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

Debtor(s) Income is (are) ☐ Under   ☑ Above Median Income        Liquidation Value: $$24,679.00

Commitment Period is    ☐ 36 months   ☑ 60 months §1325(b)(1)(B)    General Unsecured Pool: $0.00

With respect to the (amended) Plan date: Sep 16, 2015 (Dkt 13)    Plan Base: $17,100.00

The Trustee:   ☐ DOES NOT OBJECT   ☑ OBJECTS  Plan Confirmation   Gen. Uns. Approx. Dist.: 0.00 %

The Trustee objects to confirmation for the following reasons:

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtors must submit evidence of value assigned to properties listed in Schedules A and B. The evidence previously submitted by Debtors are either outdated or do not provide enough information to determine whether the values listed in Schedules A and B are correct.

[1325(a)(6)] Feasibility – Debtor(s) does not has/have the capacity to make proposed plan payments.

Debtors are supposed to pay $1,046.00 per month to Scotiabank for the mortgage over property in 4 Ponce de Leon, Caguas. The amount of $830.44 in Schedule J is the amount proposed for negotiation with Scotiabank. Feasibility of plan depends on negotiations with Scotiabank.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to pay 100% of [507] priority claims. [1322(d)(1)]

Plan is insufficiently funded to pay priority claims filed by the Internal Revenue Service (Claim 4) and the Department of the Treasury (Claims 7 and 8).

*OTHER COMMENTS / OBJECTIONS

As per Lease Contracts submitted, the total amount regarding Rent income is $2,700 instead the $2,900 listed in Schedule I. Debtors explained that they have increased rent payments by $25.00 for each of the eight tenants. In light of this, Debtors must submit evidence of such increased rent payments (receipts). AM 05-19-16 PENDING

Scotiabank filed an objection to the confirmation because creditor does not accept treatment as provided in Plan. (Docket Nos. 23 and 31).

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney through CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: May 24, 2016

/s/ Alexandra Rodriguez, Esq.

Last Docket Verified: 31   Last Claim Verified: 8   CMC: AM