UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** RAFAEL MARTINEZ FUENTES and LUZ ESTRELLA CORTES TORRES
**Case Number:** 15-06252-ESL13        **Chapter:** 13
**Date / Time / Room:** 06/01/2016 02:00 pm osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** MARITZA FEIJOO
**Reporter / ECR:** EDNA SANABRIA

## Matter:

Doc# 33 Amended Chapter 13 Plan Dated 05.30.2016
Doc# 23 and 31 Objection to confirmation by Scotiabank de Puerto Rico

## Appearances:

JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO

*[handwritten]* ✓ Alexandre Rodriguez
*[handwritten]* Juan F. Cuyar, Scotiabank

## Proceedings:

ORDER:

___ (Amended) plan dated _____ [Docket no. ___] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Debtor's motion for post confirmation modification of plan dated_____; pursuant to §1329, [Docket No.____], is hereby _____ granted _____denied.

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___] is hereby granted.

☒ The parties are granted _30_ days to file a settlement agreement. *(Scotiabank and Debtor) or otherwise move the court 11.7.16 at 2:00 P.M. if contested*

___ Hearing on Confirmation/Contested Matter is continued to: _____

___ Attorney's Fees:$3,000.00; Other:_____

*[handwritten]* Trustee granted 14 days after agreement (if any) is filed to submit updated report on confirmation

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge