IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

RAFAEL MARTINEZ FUENTES
LUZ ESTRELLA CORTES TORRES

CASE NO. 15-06252 ESL

CHAPTER 13

DEBTOR

## APPLICATION FOR AUTHORIZATION TO RETAIN COUNSEL

TO THE HONORABLE COURT:

**COME NOW, RAFAEL MARTINEZ FUENTES and LUZ ESTRELLA CORTES TORRES,** debtors in the above captioned case, through the undersigned attorney, and respectfully state and pray as follows:

1. Debtors filed the instant case on August 17, 2015.

2. Debtors desire and require the employment of Jose Rafael Reyes Hernandez, Esq., as case lead Counsel, in order to commence an action in damages in State Court by debtors against HIMA San Pablo and others, in order to litigate possible claims against that defendant(s) and /or any insurance agencies.

3. Debtors believe that because Jose Rafael Reyes Hernández, Esq., has already been evaluating and examining the medical records pertinent to this action, it would be in the best interests of all parties that he represent debtors in the above described matter to be filed at the State Court. Debtors feel that Jose Rafael Reyes Hernández, Esq. is qualified to render the foregoing services.

4. The professional services that Jose Rafael Reyes Hernandez, Esq., would perform are summarized as follows:

Page-2-
Application for Authorization to Retain Counsel
Case No. 15-06252 ESL13

    a)     To prepare motions, pleadings, and other legal documents necessary in the litigation of any claims in favor of debtors.

    b)     To represent debtors in any negotiations with defendant(s) or any insurance agencies.

    c)     To render legal counseling, legal opinions, prepare legal documents when deemed necessary and/or advisable, as these may relate to any claims initiated against defendant(s) and/or any insurance agencies or in favor of debtor.

5. Based upon the Declaration attached hereto and marked as Exhibit #1, debtors believe that Jose Rafael Reyes Hernández, Esq. does not hold or represents any interests adverse to the debtors or the debtors' estate and is a disinterested person within the meaning of 11 U.S.C. §101(13); and to the best of debtors' knowledge, he is not related or otherwise connected with the debtors, debtors' counsel or the United States Trustee, or any person employed by the Office of the United States Trustee, or any other party in interest.

6. Debtors have been informed that the normal billing rate of said attorney in this case is 33% of the proceeds ("contingency basis") as imposed upon defendants by the Puerto Rico Court of First Instance, or agreed upon with defendants in the event that the above mentioned litigation is settled, plus any reimbursement of outstanding cost and expenses.

Page-3-
Application for Authorization to Retain Counsel
Case No. 15-06252 ESL13

7. Debtors discussed with Jose Rafael Reyes Hernández, Esq. his availability to be employed as special counsel in this case and to perform the services required.

7. Jose Rafael Reyes Hernández, Esq., represented debtors prior to the bankruptcy petition, and no claim is being made against the estate for prior services and there are no outstanding bills or invoices to be paid to him.

8. Jose Rafael Reyes Hernández, Esq., also discloses that he has no agreement to share compensation or reimbursement to be received in this case with any person or entity, that I will amend this statement immediately upon the learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto, and that I have reviewed the provisions of LBR 2016-1.

**WHEREFORE** it is respectfully requested that debtors be authorized to employ Jose Rafael Reyes Hernández, Esq., as case lead Counsel, to render the services as described in the foregoing application, with compensation to be paid on a contingency basis, at the resolution of the civil case.

## NOTICE

You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page-4-
Application for Authorization to Retain Counsel
Case No. 15-06252 ESL13

**I HEREBY CERTIFY** that this motion was filed with the Court using the CM/ECF filing system which will send notice of same to all CM/ECF participants, including the Chapter 13 Trustee and the US Trustee's Office; I also certify that a copy of this motion has been sent to creditors and all parties in interest (non CM/ECF participants) as per matrix attached.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 07th day of June, 2017.

/s/Jose Rafael Reyes Hernández
JOSE R. REYES HERNANDEZ, ESQ.
RUA No. 16176
PO BOX 362100
SAN JUAN PR 00936-2100
EMAIL: jreyes9886@gmail.com

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA-CARRASQUILLO
USDC-PR #203614
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
COUNSEL FOR DEBTORS
PO BOX 186 CAGUAS, PR 00726
TEL NO 787-744-769
FAX NO 787-746-5294
EMAIL rfigueroa@rfclawpr.com

```
                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF PUERTO RICO
IN RE
                                        CASE NO. 15-06252 ESL
RAFAEL MARTINEZ FUENTES
LUZ ESTRELLA CORTES TORRES
                                        CHAPTER 13

DEBTOR
```

**DECLARATION**

I, Jose Rafael Reyes Hernandez, Esq., declare:

1. That I am an attorney duly admitted to practice before all the Courts of the Commonwealth of Puerto Rico.

2. That I am the attorney for debtors in a claim for damages that will be filed at the First Instance Court of Puerto Rico Caguas Part and I am the attorney debtors are seeking to employ by the application to which this Declaration is attached as Exhibit #1.

3. That I have experience in general civil law and civil litigation and I am qualified to represent debtors as counsel, and I am willing to accept employment on the basis set forth in the annexed application.

4. That my office is located at Urb Puerto Nuevo 1154 10th Street NE San Juan Puerto Rico 00918; PO Box 362100 San Juan PR 00936-2100.

5. That to the best of my knowledge I hold no interest adverse to the above entitled estate and I am a disinterested person as defined in 11 U.S.C. §101(13), nor am I, to the best of my knowledge, related or otherwise connected with debtors, the

Page -2-
Case no. 15-06252 ESL13

United States Trustee, debtors' counsel or any person employed by the Office of the United States Trustee other party in interest.

6. That there is no agreement to share any compensation or reimbursement to be received by any person or entity, that I will amend this statement immediately upon the learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto, and that I have reviewed the provisions of LBR 2016-1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 5th day of June, 2017.

JOSE RAFAEL REYES HERNANDEZ, ESQ.
RUA No. 16176
ADDRESS: PO Box 362100 San Juan PR 00936-2100
PHONE: 787-209-7947
EMAIL: jreyes9886@gmail.com

José Rafael Reyes Hernández, Esq.
•PO BOX 362100, San Juan PR 00936-2100•
•jreyes9886@gmail.com• 787-209-7947•

LEGAL EXPERIENCE

Founder and Managing Partner of José R. Reyes Hernandez Law Offices since 2007. Mr. Reyes has developed a diverse corporate and litigation practice within the Commonwealth of Puerto Rico in state, appellate and administrative forums.

***Solo Practitioner***, **José R. Reyes Hernandez Law Office**, San Juan, P.R.     *January 2007 to Present*

- Civil Litigation
  - Estate Law
  - Contract Law
  - Horizontal Property Law
  - Family Law
  - Property Law
- Administrative Law
  - D.A.Co.
  - Comisión Industrial
  - A.R.Pe.
  - CASARH
  - Department of the Treasury
  - Police of Puerto Rico
- Criminal Litigation
  - Crimes against the Person
  - Crimes against the State
  - Crimes against Public Health
- Appellate Practice
  - Supreme Court of Puerto Rico
  - Court of Appeals of Puerto Rico
- Private Associations
  Representing counsel in an internal proceeding against a member of the American Board of Internal Medicine of Puerto Rico.

***Student Law Clerk***, Appeals Commission of the Management System for Public Service Human Resources, San Juan, P.R.

January 2005- May 2005

- As part of the Law Clinic made my practice as
Law clerk for the Commission.

***Student Law Clerk***, State Court of Appeals, *Hon. José M. Aponte Jiménez*, Hato Rey, P.R.

August 2005- December 2005

1

NOTABLE CASES
Díaz Ramos v. E.L.A y Otros., 174 D.P.R.194 (2008)
- Normative Case for hidden treasure.
- Subject of Puerto Rico Bar Examination.

EDUCATION

**Interamerican University of Puerto Rico**, San Juan, P.R.
*Bachelor of Arts*, Political Sciences, June 2003

**Pontifical Catholic University of Puerto Rico**, Ponce, P.R.
*Juris Doctor*, cum laude, June 2006
- Law Review Member
- Professor's Assistant
- Phi Alpha Delta Law Fraternity

ADMISSIONS

- Puerto Rico Bar
- Notary in Puerto Rico

REFERENCES
Available upon request

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 15-06252-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Mon Jun  5 08:30:05 AST 2017 | BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| SCOTIABANK DE PUERTO RICO<br>FERNANDEZ COLLINS CUYAR & PLA<br>PO BOX 9023905<br>SAN JUAN, PR 00902-3905 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AAA<br>PO Box 70101<br>San Juan, PR  00936-8101 |
| Arpa Torres<br>4 Ponce De Leon Street<br>Caguas, PR 00725-4231 | BANCO POPULAR DE PUERTO RICO<br>co WVS LAW LLC<br>17 MEXICO ST SUITE D1<br>SAN JUAN PR 000917 2202 | Banco Popular De PR<br>PO Box 364445<br>San Juan, PR  00936-4445 |
| Banco Santander PR<br>PO Box 362589<br>San Juan, PR  00936-2589 | CRIM<br>PO Box 195387<br>San Juan, PR  00919-5387 | Cinthia Vazquez<br>18 Monseor Berrios St.,<br>Caguas, PR 00725-4144 |
| Citifinancial Plus<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 | Citifinancial Plus<br>PO Box 499<br>Hanover, MD 21076-0499 | Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 |
| Cristal Molina<br>18 Monseor Berrios Street (Down)<br>Caguas, PR 00725-4144 | Department of Treasury<br> Bankruptcy Section (424)<br>P.O. Box 9024140<br>San Juan PR 00902-4140 | Department of Treasury<br>Bankruptcy Section<br>PO Box 9024140<br>San Juan, PR  00902-4140 |
| FERNANDEZ COLLINS CUYAR PLA<br>500 TANCA STREET<br>OCHOA BLD SUITE 201<br>SAN JUAN, PR  00901 | Gustavo Marrero<br>4 Calle Ponce De Leon<br>Caguas, PR  00725-4231 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Julio R Calderin<br>Re Contract #: 584-635261 Reliable<br>PO Box 21382<br>San Juan, PR  00928-1382 | Miguel Santos<br>18 Monseor Berrios Street (higher)<br>Caguas, PR 00725-4144 | Misael Hernandez<br>4 Ponce De Leon Street<br>Caguas, PR 00725-4231 |
| Pedro De Jesus Colon<br>4 Calle Ponce De Leon<br>Caguas, PR  00725-4231 | Rene Bernier<br>4 Calle Ponce De Leon<br>Caguas, PR  00725-4231 | SCOTIABANK DE PUERTO RICO<br>C/O FERNANDEZ, COLLINS, CUYAR & PLA<br>P.O. BOX 9023905<br>SAN JUAN, PUERTO RICO 00902-3905 |
| Scotiabank De Puerto Rico<br>SPECIAL LOANS<br>PO Box 9023905<br>San Juan, PR  00902-3905 | (PBDS) BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |

```
LUZ ESTRELLA CORTES TORRES            MONSITA LECAROZ ARRIBAS              RAFAEL MARTINEZ FUENTES
71 CALLE RAFAEL CORDERO               OFFICE OF THE US TRUSTEE (UST)       71 CALLE RAFAEL CORDERO
CAGUAS, PR 00725-4150                 OCHOA BUILDING                       CAGUAS, PR 00725-4150
                                      500 TANCA STREET  SUITE 301
                                      SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE              (d)INTERNAL REVENUE SERVICE          (d)RELIABLE FINANCIAL SERVICES, INC.
BOX 21126                             BOX 80110                            P.O. BOX 21382
PHILADELPHIA, PA  19114-0326          Cincinnati, OH  45280-0110           SAN JUAN, PR  00928-1382
```

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33